IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY WHITE, and | ) |
| | ) |
| CEDESSA GIVENS, | ) |
| | ) |
| Plaintiffs, | ) Case No.: CIV-14-851-R |
| | ) |
| vs. | ) |
| | ) |
| DELL SERVICES FEDERAL | ) |
| GOVERNMENT, INC. | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF**
**FULL AND FINAL DISMISSAL WITH PREJUDICE**

Plaintiffs Billy White and Cedessa Givens ("Plaintiffs") and Defendant Dell Services Federal Government, Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1.  All of Plaintiffs' claims in this Lawsuit are dismissed with prejudice against being re-filed.

2.  Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims.

Date: April 28, 2015

                Respectfully submitted,

                /s/Brice W. Bisel
                Brice W. Bisel, OBA #30986
                Raymond E. Tompkins, OBA #9058
                MAZAHERI LAW FIRM, P.L.L.C.
                3445 W. Memorial Rd., Ste. H
                Oklahoma City, OK 73134
                (405)414-2222 – telephone
                (405)607-4358 – facsimile
                brice@mazaherilaw.com
                ray@mazaherilaw.com
                *ATTORNEYS FOR PLAINTIFFS*

                **AND**

                * Document e-filed by plaintiff's counsel with permission of defendant's counsel

                Steven Broussard, OBA #12582
                320 South Boston Avenue, Suite 200
                Tulsa, OK 74103-3706
                Telephone: (918) 594-0400
                Facsimile: (918) 594-0505
                Email: sbroussard@hallestill.com
                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of April, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven Broussard

*Attorney for Defendant*

                                                  */s/Brice W. Bisel*
                                                  Brice W. Bisel